# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02006-JLS (JDEx) | Date | January 19, 2021 |
|---|---|---|---|
| Title | Susan Lee v. Samaan K Samaan et al | | |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [13], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

    The pending Order to Show Cause is discharged.

                                       -    :    -

Initials of Deputy Clerk   mku